# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| CHARLES A. KNOTT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  14-4013 |
| ARTISANAL CHEESE, LLC | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 7/18/2015.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 5/27/2015

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 6 2015 ★

BROOKLYN OFFICE



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES A. KNOTT and KATHRYN KNOTT, <br><br> Plaintiffs, <br><br> v. <br><br> ARTISANAL CHEESE, LLC, <br><br> Defendant. | **14  4013** <br><br> CIVIL ACTION <br><br> COMPLAINT IN CONFESSION OF JUDGMENT <br><br> NO. |

### JUDGMENT BY CONFESSION

AND NOW, this 18th day of July, 2014, a Complaint in Confession of Judgment and Affidavits in support having been filed;

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs, Charles A. Knott and Kathryn Knott, and against Defendant, Artisanal Cheese, LLC, in the following amount:

| | |
|---|---|
| Principal: | $125,212.50 |
| Interest: | $ 0.00[1] |
| Costs: | $ 440.00 |
| Attorneys' Fees: | $ 5,234.40 |
| **Total:** | **$130,886.90** |

together with post-judgment interest at the statutory rate of 6% per annum from the date of judgment and costs.

BY THE COURT:

**MICHAEL E. KUNZ**   By: [signature] Richard Salb
CLERK OF COURT        DEPUTY CLERK, UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF PENNSYLVANIA

---

[1] The Note provides that Plaintiffs are entitled to Post-Judgment Interest. Plaintiffs reserve the right to seek additional interest after the time judgment by confession is entered.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5/27/15
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# 2023182